STEVE BIELENSKI, PETITIONER-PETITIONER, v. BOUND BROOK OIL-LESS BEARING CO., RESPONDENT-RE-SPONDENT.

*Mr. Steve Bielenski,* petitioner, *in propria persona.*

*Mr. John W. Taylor* and *Mr. Everitt Rhinehart* for the respondent.

May 21, 1951. Denied.

MECHANICS FINANCE CO., PLAINTIFF-PETITIONER, v. THE PENNSYLVANIA RAILROAD COMPANY, GAR-NISHEE-RESPONDENT.

See same case below: 11 *N. J. Super.* 399.

*Messrs. Eichenbaum, Kantrowitz & Eichenbaum, Mr. Sidney H. Kantrowitz* and *Mr. Louis J. Greenberg,* for the petitioner.

*Messrs. O'Mara, Conway & Schumann* and *Mr. John F. Lynch, Jr.,* for the respondent.

May 21, 1951. Granted.